# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| LONNIE LOVE, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) Case No. CIV-17-761-R |
| JIMMY MARTIN, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Judge Gary M. Purcell on July 18, 2017. Doc. No. 5. Judge Purcell recommends that Petitioner's motion for leave to proceed *in forma pauperis* be denied and Petitioner ordered to pay the full filing fee of $5.00 on or before August 8, 2017. On July 21, 2017, the Court received Petitioner's filing fee. Therefore, the undersigned adopts the Report and Recommendation, denies the Motion for Leave to Proceed *In Forma Pauperis* and re-refers this matter to Magistrate Judge Gary M. Purcell for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 21st day of August, 2017.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE